IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TRUJILLO, | No. C 08-4933 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| B. CURRY, Warden, | |
| Respondent. | |

    This pro se habeas action was filed on October 28, 2008. On that same day the court notified petitioner that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis, and that if he did not do one or the other within thirty days the case would be dismissed. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. No response has been received.

    This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December   10  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\ORDERS\HC\TRUJILLO4933.DSM-IFP.wpd